APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM T. WHITING | : CIVIL ACTION |
| | : |
| v. | : |
| CITIMORTGAGE, INC. | : NO. 2:11-CV-02318-ER |

### ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of _Stephen J. Kane_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                                                   J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:11-CV-02318-ER

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Stephen J. Kane_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.    I state that I am currently admitted to practice in the following state jurisdictions:

| Illinois | 02/05/2001 | 6272490 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.    I state that I am currently admitted to practice in the following federal jurisdictions:

| (see attached rider) | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

**FILED**
JUN 15 2011
MICHAEL E. KUNZ, Clerk
by_____ Dep. Clerk

C.    *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   CitiMortgage, Inc.

_____
(Applicant's Signature)

06/10/2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Mayer Brown, LLP, 71 South Wacker Drive, Chicago, IL 60606 - (312) 701-8857

Sworn and subscribed before me this

10th Day of June, 2011

_Linda Ryan_
Notary Public

> OFFICIAL SEAL
> LINDA RYAN
> Notary Public - State of Illinois
> My Commission Expires Sep 11, 2012

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Stephen J. Kane_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Marc C. Singer | *[signature]* | 07/16/1996 | 69497 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Saiber LLC, 18 Columbia Turnpike, Florham Park, NJ 07932 - (973) 622-3333

**FILED**
JUN 15 2011
MICHAEL E. KUNZ, Clerk
by_____ Dep. Clerk

Sworn and subscribed before me this

_14th_ Day of _June_, 20_11_

_[signature]_
Notary Public

SORAIDA RIVERA
A Notary Public of New Jersey
My Commission Expires 7/17/2011

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM T. WHITING | : | CIVIL ACTION |
| v. | : | |
| CITIMORTGAGE, INC. | : | NO. 2:11-CV-02318-ER |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _Stephen J. Kane_ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Sherrie R. Savett, Esq. / Russell D. Paul, Esq.

Berger & Montague, P.C.

1632 Locust Street, Philadelphia, PA 19103

FILED
JUN 15 2011
MICHAEL E. KUNZ
By_____ Dep. Clerk

_____
Signature of Attorney

Marc C. Singer
Name of Attorney

CitiMortgage, Inc.
Name of Moving Party

6-14-11
Date

# ATTACHMENT TO APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

| Title of Court | Date of Admission |
|---|---|
| U.S. Court of Appeals for the Eighth Circuit | August 21, 2001 |
| U.S. Court of Appeals for the Seventh Circuit | November 9, 2001 |
| Northern District of Illinois | December 20, 2001 |
| Central District of Illinois | May 22, 2003 |
| United States Supreme Court | September 4, 2009 |