**SAIBER LLC**
18 Columbia Turnpike - Suite 200
Florham Park, NJ 07932-2266
Tel.: (973) 622-3333

*Attorney for Defendant,*
*CitiMortgage, Inc.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM T. WHITING, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC.,<br><br>Defendant. | Civil Action No. 2:11-cv-02318-ER |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant CitiMortgage, Inc. states as follows:

1.      Citibank, N.A. is the parent company of CitiMortgage, Inc. and owns 100% of its stock. Citicorp is the parent company of Citibank, N.A. and owns 100% of its stock. Citigroup Inc. is the parent company of Citicorp and owns 100% of its stock. Only Citigroup Inc. is publicly traded. No single shareholder currently owns more than 10% of Citigroup Inc. stock.

                                        **SAIBER LLC**
                                        Attorneys for Defendant
                                        CitiMortgage


                                         */s/ Marc C. Singer*
                                          MARC C. SINGER

Dated: July 14, 2011

{00675552.DOC}

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2011, I electronically filed the foregoing with the Clerk of the Court using the ECF system.  Copies of the above and foregoing will be mailed by first class, U.S. mail on this date to those who are not registered with the ECF system.

                                              */s/ Marc C. Singer*
                                              MARC C. SINGER

Dated:  July 14, 2011